UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MELISSA COSSABOOM f/k/a MELISSA COLLINS, ANN ADAIR HATCH, and JOEL HUGHES, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>  -against-<br><br>NVR, INC. and NVR MORTGAGE FINANCE, INC.,<br><br>                Defendants. | Case No. 9:21-cv-80627-AMC |

## NVR, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 , the undersigned counsel of record for Defendant NVR, Inc. hereby states that NVR, Inc. is a public corporation incorporated and headquartered in Virginia. NVR Inc.'s stock is publicly traded. NVR, Inc. has no parent corporation. The Vanguard Group, Inc. owns approximately 10% of NVR's common stock.

Dated: May 4, 2021

Respectfully Submitted,

DEFENDANTS NVR, INC. and NVR MORTGAGE FINANCE, INC.

By Their Attorneys:

*/s/ Kevin M. Young*
SEYFARTH SHAW LLP
Kevin M. Young
kyoung@seyfarth.com
Florida Bar No. 114151
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309
(404) 885-6697

69476535v.1

        Barry J. Miller (pro hac application forthcoming)
        bmiller@seyfarth.com
        Hillary J. Massey (pro hac application forthcoming)
        hmassey@seyfarth.com
        Two Seaport Lane, Ste. 300
        Boston, MA 02210
        (617) 946-4800

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2021, a copy of the foregoing document was filed through the Court's CM/ECF system, which will send notice of this filing to counsel of record:

Gregg Shavitz
Paolo Meireles
Logan Pardell
SHAVITZ LAW GROUP, P.A.
951 Yamato Road, Suite 285
Boca Raton, FL 33431
gshavitz@shavitzlaw.com
pmeireles@shavitzlaw.com
lpardell@shavitzlaw.com

Michele R. Fisher
Kayla M. Kienzle
NICHOLS KASTER, PLLP
80 South 8th Street, Suite 4700
Minneapolis, MN 55402
fisher@nka.com
kkienzle@nka.com

        */s/ Kevin Young*
        Kevin Young