IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOEL HUGHES, on behalf of himself and all others similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>NVR, INC., *et al.*,  )<br>)<br>Defendants,  )<br>_____) | Civil Action No. 1:21-cv-1018 (RDA/IDD) |
| LORI JENKINS, on behalf of herself and all others similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>NVR, INC., *et al.*,  )<br>)<br>Defendants.  )<br>_____) | Civil Action No. 1:21-cv-1381 (RDA/JFA) |
| MELISSA COSSABOOM, on behalf of Herself and all others similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>NVR, INC., *et al.*,  )<br>)<br>Defendants.  )<br>_____) | Civil Action No. 1:23-cv-716 (RDA/IDD) |

## **ORDER**

This matter comes before the Court on the parties' Stipulation of Dismissal. Dkt. 188. The parties stipulate that all claims of all Plaintiffs should be dismissed with prejudice, and accordingly, dismissal is proper under Rule 41. Pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii), these actions (Civil Action Nos. 1:21-cv-1018; 1:21-cv-1381; and 1:23-cv-716) are DISMISSED with prejudice as to all claims.

The Clerk is directed to forward copies of this Order to counsel of record and to close these civil actions.

It is SO ORDERED.

Alexandria, Virginia
June 27, 2023

/s/
Rossie D. Alston, Jr.
United States District Judge